**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Payne,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>Ryan Thornell[1], et al.,<br><br>　　　　　　Respondents. | No. CV-20-00459-TUC-JAS<br><br><u>DEATH-PENALTY CASE</u><br><br>**ORDER** |

Before the Court is Petitioner Christopher Payne's Unopposed Motion to Extend Stay. (Doc. 57.) Upon review of Petitioner's motion and for good cause shown,

**IT IS ORDERED** that Petitioner's motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the briefing schedule is amended as follows:

1.　Petitioner shall file a reply in support of his pending habeas petition within 30 days of the Arizona Supreme Court's decision on remand from *Cruz v. Arizona*, 598 U.S. ---, No. 21-846, 2023 WL 2144416 (U.S. Feb. 22, 2023).

2.　Respondents may have 30 days to file a surreply limited to issues raised by *Cruz*.

**IT IS FURTHER ORDERED** that the parties shall submit a joint proposed briefing schedule for the evidentiary development of the petition within 30 days of a decision in *Cruz*.

Dated this 9th day of March, 2023.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Ryan Thornell is automatically substituted for Respondent David Shinn as his successor in office.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Honorable James A. Soto
United States District Judge